John M. Kuker, WSB #6-3452
OVERSTREET, HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 274-4444
Fax: (307) 274-4443
Email: john@kukerlaw.com
*Attorney for Plaintiff GLOBAL BROTHER SRL*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **GLOBAL BROTHER SRL,**<br>Plaintiff,<br><br>v.<br><br>**VIKRAM SIVAKUMAR, individually; and ORVANI LLC,**<br>Defendants. | Case No. ________________<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

Plaintiff Global Brother SRL ("Global Brother"), by and through its undersigned counsel, alleges as follows:

**NATURE OF THE ACTION**

1. This is a copyright-infringement action arising from Defendants' unauthorized reproduction, public display, marketing, offer for sale, and distribution of infringing copies of Global Brother's book THE LOST SKILLS OF INDEPENDENCE through the Shopify-powered storefront tryorvani.com and the corresponding Shop application listing.

2. Global Brother owns the United States copyrights in the text, artwork, cover design, and table-of-contents artwork of THE LOST SKILLS OF INDEPENDENCE. Defendants have

never been authorized by Global Brother to reproduce, publicly display, manufacture, or distribute infringing copies of that work or its copyrighted components.

3. Defendants nevertheless reproduced or caused the reproduction of Global Brother's copyrighted materials, displayed those materials on tryorvani.com, and marketed and offered purported copies of THE LOST SKILLS OF INDEPENDENCE for sale in United States commerce. On information and belief, Defendants also sold and distributed unauthorized copies of the work.

4. After Global Brother reported the infringement to Shopify, Defendant Vikram Sivakumar submitted a counter-notice under penalty of perjury seeking reinstatement of the challenged listing. Despite Global Brother's repeated written demands, Defendants did not provide confirmation that the counter-notice had been withdrawn. This action is therefore necessary to protect Global Brother's rights and prevent continuing infringement.

**THE PARTIES**

5. Plaintiff Global Brother is a Romanian limited liability company with its principal place of business at Ghiozdanului No. 22A, Floor 1, Office A12, Room 1, Bucharest 014163, Romania. Global Brother develops, publishes, markets, and distributes books and related materials in the United States.

6. Vikram Sivakumar is an individual who identified his address in the counter-notice as 30 North Gould Street, Sheridan, Wyoming 82801. Exhibit ("Ex.") C.

7. Defendant Orvani LLC is an active Wyoming limited liability company formed on April 23, 2026, with a delayed effective date of April 25, 2026. Orvani LLC's Wyoming Secretary of State record identifies its principal and mailing addresses as 30 N Gould St #63944, Sheridan, Wyoming 82801. (Ex. D.)

8. The tryorvani.com storefront identifies itself publicly as "Orvani." The storefront's Contact page expressly identifies "Orvani LLC" and lists its contact information as 30 N Gould St, Sheridan, Wyoming 82801; support@tryorvani.com; and 307-533-6677. (Ex. B at B-7.)

9. In the counter-notice concerning the challenged tryorvani.com and corresponding Shop application listings, Sivakumar identified himself as the Shopify merchant contact, supplied the same email address—support@tryorvani.com—and telephone number—307-533-6677—listed for Orvani LLC on the tryorvani.com Contact page, supplied the address 30 North Gould Street, Sheridan, Wyoming 82801, and personally signed the counter-notice seeking reinstatement of the challenged listings. (Ex. C at C-2–C-3; Ex. B at B-7.) The address supplied by Sivakumar is substantially identical to the address listed for Orvani LLC on both the tryorvani.com Contact page and Orvani LLC's Wyoming Secretary of State record. (Ex. B at B-7; Ex. D at D-1.) Thus, the tryorvani.com storefront expressly identifies Orvani LLC as the entity associated with the storefront, while Sivakumar's counter-notice identifies him as the merchant contact for the challenged tryorvani.com listings and uses Orvani LLC's publicly listed contact identifiers. On information and belief, Sivakumar created, directed, controlled, materially participated in, or acted on behalf of Orvani LLC in connection with the challenged listings, counter-notice, and related sales activity. Sivakumar and Orvani LLC are referred to collectively as "Defendants."

## JURISDICTION AND VENUE

10. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq.

11. This Court has personal jurisdiction over Orvani LLC because it is organized under Wyoming law, identifies its principal address as being within this District, and is expressly identified on tryorvani.com as the entity associated with the storefront. (Ex. B at B-7; Ex. D at D-1.)

12. This Court has personal jurisdiction over Sivakumar because he identified his address as being within this District, engaged in the challenged conduct alleged herein, and expressly consented in his counter-notice to the jurisdiction of the federal district court for the judicial district in which his address is located, consistent with 17 U.S.C. § 512(g)(3)(D). (Ex. C.)

13. Venue is proper in this District under 28 U.S.C. § 1400(a) because Defendants reside or may be found in this District.

**GLOBAL BROTHER'S COPYRIGHTED WORKS**

14. Global Brother owns the copyrights in the literary text, artwork, cover design, and table-of-contents artwork of THE LOST SKILLS OF INDEPENDENCE (the "Lost Skills Work").

15. The Lost Skills Work and its component artwork are registered with the United States Copyright Office under Registration Nos. TXu 2-537-639 (text and artwork), VAu 1-581-734 (book-cover artwork), and VAu 1-581-738 (table-of-contents artwork), each effective April 9, 2026. Copies of the registration records are attached as Ex. A.

16. The Lost Skills Work, including its registered text and artwork, book-cover artwork, and table-of-contents artwork, is referred to collectively as the "Copyrighted Work." The registrations identified above are valid and subsisting, and Global Brother owns the exclusive rights asserted in this action.

**DEFENDANTS' INFRINGEMENT**

17. Defendants are not, and have never been, authorized distributors, resellers, printers, publishers, or licensees of Global Brother or the Copyrighted Work.

18. No later than July 17, 2026, Defendants listed THE LOST SKILLS OF INDEPENDENCE for sale through tryorvani.com at a single-copy price of $40.00 and offered bundles of as many as four copies. (Ex. B.)

19. The listing displayed multiple reproductions of the Copyrighted Work's book-cover artwork and used Global Brother's copyrighted material to market the purported copies offered for sale. (Ex. B.)

20. On information and belief, the copies offered and sold by Defendants were not lawfully made under Global Brother's authority and were unauthorized reproductions of the Copyrighted Work. Information concerning the source, manufacture, sales, and distribution of those copies is particularly within Defendants' knowledge and control.

21. True and accurate excerpts of the tryorvani.com listing, captured on July 17, 2026, together with the storefront's Contact Information page accessed on August 13, 2026, are attached as Ex. B.

22. On information and belief, Defendants reproduced or caused the reproduction of, publicly displayed, marketed, sold, and distributed infringing copies of the Copyrighted Work through tryorvani.com, Shopify, and the Shop application.

23. Global Brother submitted a copyright-infringement notice to Shopify regarding Defendants' infringing listing on July 21, 2026.

24. On July 29, 2026, Shopify transmitted Sivakumar's counter-notice concerning the Copyrighted Work. The counter-notice identified Shopify Ticket and Report ID e0094917-0127-487e-bcb9-acf3c0640767 and identified both the tryorvani.com listing and its corresponding Shop application listing. A true and accurate copy of the counter-notice is attached as Ex. C.

25. Shopify informed Global Brother that the removed content could be reposted within 10–14 business days unless Shopify received notice that Global Brother had filed a legal action seeking a court order restraining the merchant from engaging in the infringing activity.

26. In the counter-notice, Sivakumar stated under penalty of perjury that he had a good-faith belief that removal resulted from mistake or misidentification, requested that Shopify reinstate

the material, consented to this Court's jurisdiction, and agreed to accept service of process from Global Brother or its agent. (Ex. C.)

27. Global Brother used the counter-notice contact information to contact Defendants and provide evidence of Global Brother's ownership of the underlying exclusive rights and copyright registrations, and demanded Defendants cease the infringement and withdraw the counter-notice. Despite repeated communications, Defendants did not provide Global Brother with confirmation from Shopify that the counter-notice had been withdrawn.

28. Defendants' conduct has been knowing and willful. At a minimum, Defendants continued to seek reinstatement of the infringing listing after receiving actual notice of Global Brother's copyrights and infringement claim.

29. Defendants' acts have caused and, unless enjoined, will continue to cause injury to Global Brother, including loss of control over its Copyrighted Work, interference with its authorized distribution, diversion of sales, and damage to the value of its rights.

**COUNT I**
**COPYRIGHT INFRINGEMENT**
*(17 U.S.C. §§ 106 and 501)*

30. Global Brother repeats and realleges paragraphs 1-29 as though fully set forth herein.

31. Global Brother owns valid copyrights and the exclusive rights asserted in the Copyrighted Work.

32. Defendants, without authorization, reproduced or caused the reproduction of, publicly displayed, marketed, distributed, and sold infringing copies of the Copyrighted Work, including its text, artwork, cover design, and table-of-contents artwork.

33. Defendants' conduct violates Global Brother's exclusive rights under 17 U.S.C. § 106, including §§ 106(1), 106(3), and 106(5), and constitutes copyright infringement under 17 U.S.C. § 501.

34. Defendants' infringement was willful within the meaning of 17 U.S.C. § 504(c)(2).

35. As a direct and proximate result of Defendants' infringement, Global Brother is entitled to injunctive relief, statutory damages or actual damages and profits at its election, costs, reasonable attorneys' fees, and all other relief available under the Copyright Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Global Brother SRL respectfully requests that the Court enter judgment in its favor and against Defendants as follows:

**A.** Declaring that Defendants infringed Global Brother's copyrights in the Copyrighted Work;

**B.** Preliminarily and permanently enjoining Defendants, and all persons acting in concert or participation with Defendants who receive actual notice of the injunction, from reproducing, publicly displaying, marketing, offering for sale, distributing, or selling infringing copies of the Copyrighted Work, including through tryorvani.com, Shopify, the Shop application, or any other online storefront, pursuant to 17 U.S.C. § 502;

**C.** Ordering the impoundment and destruction or other reasonable disposition of all infringing copies and materials under 17 U.S.C. § 503;

**D.** Awarding Global Brother statutory damages under 17 U.S.C. § 504(c), including enhanced statutory damages for willful infringement, or actual damages and Defendants' profits under 17 U.S.C. § 504(b), at Global Brother's election, with Defendants jointly and severally liable to the extent provided by law;

**E.** Awarding Global Brother its costs and reasonable attorneys' fees under 17 U.S.C. § 505;

**F.** Awarding pre-judgment and post-judgment interest as permitted by law; and

**G.** Awarding such other and further relief as the Court deems just and proper.

Dated August 17, 2026.

Attorney for Plaintiff, Global Brother SRL,

*/s/ John M. Kuker*

John M. Kuker, WY Bar No. 6-3452
Overstreet, Homar & Kuker
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 274-4444
Fax: (307) 274-4443
Email: john@kukerlaw.com

Exhibits and accompanying filings

- Exhibit A (A-1–A-6): Copyrights—TXu 2-537-639, VAu 1-581-734, and VAu 1-581-738.
- Exhibit B (B-1–B-7): tryorvani.com listing excerpts captured July 17, 2026, and Contact Information page accessed August 13, 2026.
- Exhibit C (C-1–C-3): July 29, 2026 Shopify counter-notice.
- Exhibit D (D-1–D-5): Wyoming status record, Articles of Organization, registered-agent consent, and Certificate of Organization.