John M. Kuker, WSB #6-3452
OVERSTREET, HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 274-4444
Fax: (307) 274-4443
Email: john@kukerlaw.com
*Attorney for Plaintiff GLOBAL BROTHER SRL*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **GLOBAL BROTHER SRL,**<br>Plaintiff,<br><br>v.<br><br>**VIKRAM SIVAKUMAR, individually; and ORVANI LLC,**<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. ___________________ |

---

**PRAECIPE FOR SUMMONS**

---

The Clerk of Court will please issue the attached Summons in a Civil Action in this cause directed to the Defendant Orvani LLC of aforesaid county and made returnable in manner and form according to law.

DATED, the 17th day of August 2026.

Respectfully submitted,

Attorney for Plaintiff, Global Brother SRL

*/s/ John M. Kuker*
John M. Kuker, WY Bar No. 6-3452
Overstreet, Homar & Kuker
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 274-4444
Fax: (307) 274-4443
Email: john@kukerlaw.com